**Opinion filed November 1, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00329-CV

_____

## IN RE GREAT NORTHERN INSURANCE COMPANY

---

### Original Mandamus Proceeding

---

## M E M O R A N D U M   O P I N I O N

Great Northern Insurance Company, relator, has filed in this court a voluntary unopposed motion to dismiss its petition for writ of mandamus. *See* TEX. R. APP. P. 42.1. In the motion, relator requests that this court dismiss the original mandamus proceeding because the parties "have reached an agreement to compromise and settle their differences." Therefore, in accordance with relator's request, we dismiss the proceeding.

The motion is granted, and the original mandamus proceeding is dismissed.

PER CURIAM

November 1, 2012

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill.[2]

---

[1]Eric Kalenak, Justice, resigned effective September 3, 2012. The justice position is vacant pending appointment of a successor by the governor or until the next general election.

[2]John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.